# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 17-cv-02363-REB
(Bankruptcy Case No. 15-22848-JGR (Chapter 11) - Jointly Administered Under Case
No. 15-22848-JGR)
(Adversary Proceeding No. 17-01160-JGR)

In re:

ATNA RESOURCES, INC., et al.,

    Debtors.[1]

---

ATNA LIQUIDATING TRUST,
KENNETH J. BUECHLER, LIQUIDATING TRUSTEE,

    Plaintiff,

v.

ELWOOD STAFFING SERVICES, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

This matter was an adversary proceeding filed initially in the United States

Bankruptcy Court for the District of Colorado as Adversary Proceeding No. 17-01160-

JGR.  This adversary proceeding was initiated when the plaintiff, Atna Liquidating Trust,

Kenneth J. Buechler, Liquidating Trustee, filed in the bankruptcy court a complaint [#1 -

Adv. Proceeding No. 17-01160-JGR] against the defendant, Elwood Staffing Services,

---

[1]  This case involves seven separately filed bankruptcy petitions jointly administered under
bankruptcy  Case No. 15-22848-JGR.  The debtors are  as follows: Atna Resources Inc. (15-22848),
Canyon Resources Corporation (15-22849), CR Briggs Corporation (15-22850), CR Montana Corporation
(15-22851), CR Kendall Corporation (15-22852), Atna Resources Ltd. (15-22853), and Horizon
Wyoming Uranium, Inc. (15-22854).

Inc. The Trustee later filed an amended complaint [#20 - Adv. Proceeding No. 17-01160-JGR] (the Complaint).

On December 14, 2018, the bankruptcy court entered its **Order Granting Defendant's Motion To Dismiss Third and Fourth Claims of Amended Complaint** [#46 - Adv. Pro. No 17-01160-JGR][2]. The bankruptcy court ordered that the third and fourth claims alleged in the Complaint be dismissed with prejudice. The bankruptcy court entered judgment [#47 - Adv. Pro. No 17-01160-JGR] dismissing the third and fourth claims with prejudice. The Trustee then filed with this court a motion for clarification [#8] asking this court to determine if the court would treat the order and judgment of the bankruptcy court as a binding order and judgment or as proposed findings of fact and conclusions of law subject to objections and *de novo* review by the district court. Addressing the motion to clarify, I concluded that I must treat the final order and judgment [#46, #47 - Adv. Proceeding No. 17-01160-JGR] of the bankruptcy court as proposed findings of fact and conclusions of law. *Order* [#10].

The proposed findings of fact and conclusions of law of the bankruptcy court were subject to *de novo* review under 28 U.S.C. § 157(c)(1). After briefing by the parties, I entered an order [#22] approving and adopting the analysis and conclusions of the bankruptcy court in its **Order Granting Defendant's Motion To Dismiss Third and Fourth Claims of Amended Complaint** [#46 - Adv. Pro. No 17-01160-JGR]. After entry of that order, the plaintiff filed in the bankruptcy court a motion to dismiss the remaining claims in this adversary proceeding. On October 4, 2019, the bankruptcy

_____

[2] "[#46 - Adv. Pro. No 17-01160-JGR] is the convention I use in this order to identify the docket number assigned to a specific paper by the CM/ECF system of the bankruptcy court. I use this convention throughout this order.

court entered its **Order Re; Notice of Dismissal With Prejudice** [#68 - Adv. Pro. No

17-01160-JGR]. In that order, the bankruptcy court dismissed this adversary

proceeding with prejudice and closed this case on the docket of the bankruptcy court.

As a result, this case also must be closed on the docket of this district court.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That based on the orders of the bankruptcy court in its **Order Re; Notice of**

**Dismissal With Prejudice** [#68 - Adv. Pro. No 17-01160-JGR], the above captioned

case, Civil Action No. 17-cv-02363-REB, is dismissed on the docket of this district court;

and

      2. That Civil Action No. 17-cv-02363-REB is closed.

      Dated March 31, 2020, at Denver, Colorado.

                                  **BY THE COURT:**

                                  Robert E. Blackburn
                                  United States District Judge